# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

**CASE NO.** CR215-14  **DATE** 07-23-15  **TIME** 10:20 - 10:40

**USA v.** Robert Miller  **TAPE NO.** FTR  **JUDGE** Wood

**BEFORE R. STAN BAKER, U.S. MAGISTRATE JUDGE**  **INTERPRETER:**

| | | | | |
|---|---|---|---|---|
| X | **DEFENDANT PRESENT** | | | |
| X | **COUNSEL FOR DEFENDANT** | Joe Phelps, Retained | | |
| X | **ASSISTANT U.S. ATTORNEY** | Marcella Mateo for Fred Kramer | | |
| X | **DEPUTY CLERK** | Robbi Atkins | | |
| X | **U.S.P.O** | Fonda Dixon | | |
| X | **U.S. MARSHAL** | X  Jay Ciambrone | X  Marty Fitzgurls | Craig Murray |
| X | **INITIAL APPEARANCE** | X  **ARRAIGNMENT** | | **SENTENCING** |

X DEFENDANT _____ ARRESTED ON _____ X CUSTODY OF USM ON 07-23-15

X COPY OF  X INDICTMENT _____ INFORMATION GIVEN TO DEFENDANT

X INDICTMENT _____ INFORMATION  READ TO DEFENDANT

X DEFENDANT ADVISED OF RIGHTS

X PRETRIAL SERVICES REPORT FURNISHED TO COUNSEL AND COURT

X CONSULAR NOTIFICATION WAIVER EXECUTED

X BOND SET AT  $30,000 BOND WITH THIRD PARTY SURETY

X DEFENDANT PLED NOT GUILTY

___ PREPARE ORDER OF TEMPORARY DETENTION

___ ARRAIGNMENT CONTINUED TO

___ REQUEST BY AUSA THAT THE DEFENDANT BE DETAINED WITHOUT BOND PENDING TRIAL

___ DETENTION HEARING SET FOR

___ DEFENDANT REMANDED TO CUSTODY OF U.S. MARSHAL AT:

# VERDICT

We, the jury find the defendant, _____

this _____ day of _____, 2015.

_____
Foreman

# PLEA

The defendant, __Robert Miller__, waives arraignment and pleads __Not guilty__
In open Court, this __23rd__ day of __July__, 2015.

_____
Counsel for Defendant

_____
Defendant

---

No. CR **CR215-014**

United States District Court
Southern District of Georgia

Brunswick Division

UNITED STATES
vs.
Robert Miller

INDICTMENT
FOR

18 U.S.C. §2252A(a)(2); and
18 U.S.C. §2252A(a)(5)(B)

Filed in open Court this __8th__ day of July, 2015.

_____
Deputy Clerk

EDWARD J. TARVER
United States Attorney

USA-40-21-3

---

# PLEA

The defendant(s) _____

being fully informed and advised by the Court of the charge against him (them), and of his (their) legal right to the assistance of counsel, and that counsel would be appointed by the Court if desired, hereby waives arraignment and benefit of counsel, and pleads

_____

In open Court this _____ day of _____, 2015.

_____
_____
_____

Witness:

_____
*Clerk, United States Courts*